No. 02–6733. HARRELL v. FLEMING, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6737. ISOM v. MCANDREWS ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6739. BROWN v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6741. LAMAR v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–6744. OLIVER v. BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–6758. HODGES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–6768. ENGLAND v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–6811. PEREZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–6812. LEE v. BACA, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 02–6813. WILLIAMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6820. DAVIS v. PEE DEE COMMUNITY ACTION AGENCY, INC. C. A. 4th Cir. Certiorari denied.

No. 02–6827. LOVE v. FULLER. Ct. Sp. App. Md. Certiorari denied.

No. 02–6830. HAZLEWOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6833. FOWLER v. HUTCHINGS ET AL. C. A. 4th Cir. Certiorari denied.